**Re; Eveline Cismaru Court Character Reference**

To whom it may concern,

I have known Eveline Cismaru for over 5 years, we know each other through family, I am with her partner's brother. I have a daughter, who is Eisa's cousin and they have been around each other since birth. I was the first person to hold Eisa in my arms after Eveline gave birth and she was also the first to visit me once I gave birth, she is a very supportive person having helped me through my pregnancy. As Eisa and my daughter Olivia got older we would often take them out to the park and soft play centres together. Eveline would always interact with both kids, treating even my daughter as her own.

Eveline has always been a great friend, whom I value dearly. She is a very kind, compassionate person and treats everybody with a great deal of love and respect. I have always known Eveline to put her son and his happiness first and therefore I believe that this is very out of character for her.
Being alongside Eveline raise Eisa for the first year and a half of his life, she has done an amazing job being a first time mum showering him with unconditional love. Eve

Since Eveline was separated from Eisa, it has had a very negative impact on his life and now he is always very sad and detached. He is not the same child I've known him to be, before all this happened, he would always be jumping in joy, giggling and smiling when being around his mum. This has torn Eisa apart. He is a very intelligent boy for his age so having not had his mum around is causing him psychological problems which will effect him not only now, but also in the long term.

If any further information is required, please do not hesitate to contact me on any of the below.

Yours Sincerely,

Irma J Kliucininkaite
Tel: +44 (0) 7555412961
E-mail: Irma.janina@gmail.com

22 Gainsborough Road
Woodford Green
Essex
IG8 8EE
UNITED KINGDOM