26 Liverpool House
Liverpool Road
N7 8QB
07477 788 994

24/11/2018

To Whom it may concern,

Re; Character reference for Eveline Cismaru

Dear Sir/Madame,

I have know Eveline Cismaru for about 6 years, we met through my Husband. We are close family friends and spend a lot of time together as we have a similar age boy to Eveline's son. We used to Eat out weekly together, go on trips together etc. When Eveline was in London we would meet about 3-4 times a week.

I have seen Eveline with her son Eisa many occasions and they have a very strong bond and a loving relationship. Eveline was the main carer for Eisa since his birth and Eisa misses her mum tremendously. I have spent time with Eisa on occasions and I have asked him about his mum to which he reply's that she will be back for his birthday with "many presents", he continuously asks for his mum when I have been baby sitting him. Eisa has started to question the surroundings and why other children have their mums but his mum is away. It is heart breaking to see such a young boy to be without his mum at an age where mother is the most important person in his life.

Eveline is a great mother and is extremely loving and caring with her son. Since she has been gone his world has turned upside down, in the beginning he was very shocked and would not leave his fathers side for a second out of fear. He has slowly started to adjust but just as things seemed to get better he started question why his mother is not here, if she loves him, saying he wants to sleep with his mummy.

Eveline has been the largest part of Eisa's life and I truly believe he needs to have his mother next to him as soon as possible to stop this having a permanent affect on him. Eisa mentions his mother constantly and a child this age needs his mothers touches and kisses, seeing her through a phone is not enough for a 2 year old child.

I hope this letter can help Eveline to be back home with her son as soon as possible.

If you require any further information please feel free to contact me.

Kind Regards,

Nursen Algul